Robert Murray

9 Lublin St.

Arlington, MA 02476

e-mail patnbob7@verizon.net

PH.781-641-0486

RECEIVED SEP 22 2017 AT 8:30 WILLIAM T. WALSH CLE

I made penny arcade transactions (free to account holders) during the class period. Reference # 06030433.

I object to the settlement in the action Filannino-Restifo v. TD Bank, N.A., No 16-cu-2374 for the following reasons:

1) This is a frivolous lawsuit because any loss due to mechanical error of the coin counting machines is far exceeded by the cost of sorting, counting, and rolling of the coins by hand. The last box of coin wrappers I purchased was $2.50 and probably 3 times any settlement I will receive.
2) This was a free service offered as a service to customers. Anyone concerned about absolute accuracy was always free to count and roll their coins for redemption or deposit.
3) The only winners, in this settlement, are the law firms bringing the case and the named plaintiffs.
4) The average customer, like me, would have been much better served by a simple notice of potential inaccuracy rather than the removal of the machines, so we could make a choice.

Neither my lawyer or I have ever objected to any other settlement, nor am I represented by a lawyer in this matter.

I do not intend to attend or testify at the hearing, nor will I be represented, and therefore will call no witnesses.

*Robert A. Murray*  9-19-17

Robert A Murray





Robert Murray
9 Lublin St.
Arlington, MA 02476

Clerk of the Court
U.S. District Court for
Mitchell H. Cohen Building
4th + Cooper Streets
Rm 1050
Camden, NJ 08101

RECEIVED SEP 22 2017 WILLIAM T. WALSH CLERK