16-2374

Maureen Donohue

249 Bard Avenue

Staten Island, NY 10310

October 2, 2017

Penny Arcade Settlement

c/o GCG

PO Box10470

Dublin, Ohio 43017-4070

RECEIVE

OCT - 6 2017

AT 8:30
WILLIAM T. WALSH CLE

Dear Madam or Sir:

I am in receipt of the postcard with this settlement proposal and want to be excluded.

Class action lawsuits are nothing more than a con job by parasitic attorneys; they pay a couple of dollars to unwitting plaintiffs and millions to lawyers. My permission should be needed to "opt in" instead of automatically including me without my permission and making money off me if I don't "opt out", miss the deadline or didn't receive the postcard. I don't want any part of the scheme.

I hope by opting out I can lessen their unearned, undeserved multi-million dollar payday.

*Maureen Donohue*

Maureen Donohue

Cc:

US Courthouse

4th & Cooper Streets

Camden, NJ 08101

Maureen Gill
249 Bard Ave.
Staten Island, NY 10310



US Courthouse
4th & Cooper Street
Camden, NJ 08101
Attn: Ron mi Noad: Lott Bm ost