UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINA C. FILANNITO-RESTIFO, on Behalf Of Herself and All Others Similarly Situated <br>     Plaintiffs <br><br> vs. <br><br> TD BANK, N.A. <br>     Defendant | Case No. 16-2374 (JBS-JS) |
| DAVID DIAZ and RYAN FRANCO, Individually and on Behalf of All Others Similarly Situated <br>     Plaintiffs <br><br> vs. <br><br> TD BANK, N.A. <br>     Defendant | Case No. 16-2395 (JBS-JS) |
| NONA LUCE, On Behalf of Herself and All Others Similarly Situated <br>     Plaintiffs <br><br> vs. <br><br> TD BANK, N.A. <br>     Defendant | Case No. 16-2621 (JBS-JS) |
| DAVID SPECTOR, on Behalf of Himself and All Others Similarly Situated <br>     Plaintiffs <br><br> vs. <br><br> TD BANK, N.A. <br>     Defendant | Case No. 16-2682 (JBS-JS) |

| | |
|---|---|
| DAVID McENERNEY, on Behalf of Himself and All Others Similarly Situated<br>    Plaintiffs<br><br>        vs.<br><br>TD BANK, N.A.<br>    Defendant | Case No. 16-2918 (JBS-JS) |
| CHRISTINE KRULAN, Individually and on Behalf of All Other Persons Similarly Situated<br>    Plaintiffs<br><br>        vs.<br><br>TD BANK, N.A.<br>    Defendant | Case No. 16-2919 (JBS-JS) |
| JUAN CARLOS MACIAS, Individually and on Behalf of All Other Persons Similarly Situated<br>    Plaintiffs<br><br>        vs.<br><br>TD BANK, N.A.<br>    Defendant | Case No. 16-3420 (JBS-JS) |
| JEFFREY FEINMAN, Individually and on Behalf of All Other Persons Similarly Situated<br>    Plaintiffs<br><br>        vs.<br><br>TD BANK, N.A.<br>    Defendant | Case No. 16-3435 (JBS-JS) |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice of my appearance as counsel of record for objectors Erin Caligiuri and American Realty Concepts LLC:

Brent F. Vullings, Esq.
Vullings Law Group
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
610-489-6060

Dated: October 26, 2017        By: _____
                               Brent F. Vullings, Esq.
                               Vullings Law Group, LLC
                               3953 Ridge Pike Suite 102
                               Collegeville, PA 19426
                               610-489-6060
                               *Attorney for Objectors*
                               *Erin Caligiuri &*
                               *American Realty Concepts LLC*