16-2374                                Oct. 27, 2017

Reference # 06458187

I received notification about the pennyarcade settlement from T.D. Bank.

George Singleton

RECEIVED
OCT 30 2017
AT 8:30
WILLIAM T. WALSH CLE

S

George Singleton
934 Roseland Rd.
Ridgeland, S.C.
29936

CHARLESTON SC 294
27 OCT 2017 PM 2 L

RECEIVED
OCT 30
AT 8:30
WILLIAM T. WALSH CLE

U.S. Courthouse
4th & Cooper
Camden, N.J.
08101

08101+3959