RECEIVE
NOV - 2 2017
AT 8:30
WILLIAM T. WALSH CLE

To whom it may concern,

    I would like to object to the terms of the settlement. One reason I object is because the settlement allows less than $150 per customer that can prove they deposited coins in the machines in question. I myself had the responsibility of cashing out coins for my families business. I would do this no less than once a week & I am currently only being credited for two such deposits. This only covers about a month of the money I'm out because of the malfunctioning machines. I would appreciate having the opportunity to speak to a judge concerning this matter considering

at least these periods of each years at least two a month the entire length of the years in question.

Sincerely

Michelle Yacuzzio
601 W. 18th St.
San Pedro CA 90731

424-552-8101
310-309-9047

michelleyacuzzio9047@gmail.com

16-CV-2374

M. Yaccarino
441 W 18th St
San Pedro CA 90731

7017 1450 0001 5994 0025

?

US Courthouse
4th & Cooper Stn
Camden NJ 08101

RECEIVED
NOV - 2 2017
AT 8:30
WILLIAM T. WALSH CLE

U.S. POSTAGE PAID
SAN PEDRO, CA
90731
OCT 26, 17
AMOUNT
$3.35
R2305M147163-11

0810231577 C004

RECEIVED NOV - 2 2017 AT 8:30 WILLIAM T. WALSH CLE

To whom it may concern,

I would like to object to the terms of the settlement. One reason I object is because the settlement allows less than $130 per customer that can prove they deposited coins in the machines in question. I myself had the responsibility of cashing out coins for my family's business. I would do this no less than once a week & I am currently only being credited for two such deposits. This only covers about a month of the money I'm out because of the malfunctioning machines. I would appreciate having the opportunity to speak to a judge concerning this matter considering

a will three kinds of cashouts atleast 410 a month the entire length of the years in question.

Sincerely

Michelle Yacuzzio
461 W. 8th St.
San Pedro CA 90731
424-552-8101
310-309-9047
michelleyacuzzio9047@gmail.com

16-CV-2374