## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **REGINA C. FILANNINO-RESTIFO, on Behalf** | : | **Case No. 16-2374 (JBS-JS)** |
| **Of Herself and All Others Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| | : | |
| **DAVID DIAZ and RYAN FRANCO,** | : | **Case No. 16-2395 (JBS-JS)** |
| **Individually and on Behalf of All Others** | : | |
| **Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| **NONA LUCE, On Behalf of Herself and All** | : | **Case No. 16-2621 (JBS-JS)** |
| **Others Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| **DAVID SPECTOR, on Behalf of Himself and All** | : | **Case No. 16-2682 (JBS-JS)** |
| **Others Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |

| | | |
|---|---|---|
| **DAVID McENERNEY, on Behalf of Himself and** | : | **Case No. 16-2918 (JBS-JS)** |
| **All Others Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| **CHRISTINE KRULAN, Individually and on** | : | **Case No. 16-2919 (JBS-JS)** |
| **Behalf of All Other Persons Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| **JUAN CARLOS MACIAS, Individually and on** | : | **Case No. 16-3420 (JBS-JS)** |
| **Behalf of All Other Persons Similarly Situated** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | |
| **JEFFREY FEINMAN, Individually and on** | : | **Case No. 16-3435 (JBS-JS)** |
| **Behalf of All Other Persons Similarly Situated** | : | |
| **Plaintiffs** | : | |
| **vs.** | : | **Assigned to the Honorable** |
| | : | **Jerome B. Simandlle** |
| **TD BANK, N.A.** | : | |
| **Defendant** | : | **Magistrate Judge** |
| | : | **Joel Schneider** |

## NOTICE OF APPEAL

NOTICE is hereby given that Objectors/Appellants Erin Caligiuri and American Realty

Concepts LLC appeal to the United States Court of Appeals for the Third Circuit from the Order

Granting Class Certification of a Settlement Class and Final Approval of a Proposed Class Action

Settlement, Granting Plaintiffs' Counsel's Application for Attorneys' Fees and Litigation Costs, and Granting Representative Plaintiffs a Service Award [ECF #60] of the United States District Court for the District of New Jersey, entered in this action on January 12, 2018.


                                        VULLINGS LAW GROUP, LLC

Dated: January 23, 2018                 /s/ Brent F. Vullings_____
                                        Brent F. Vullings, Esq.
                                        *Attorney for Objectors*
                                        *Erin Caligiuri &*
                                        *American Realty Concepts LLC*